IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02457-RPM-BNB

BOBBY ELMORE,

Plaintiff,

v.

NORTH AMERICAN RECOVERY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Plaintiff's Motion for Telephonic Appearance at Scheduling Conference** [docket no. 10, filed November 9, 2012] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and plaintiff may appear telephonically for the Scheduling Conference on **November 16, 2012, at 10:30 a.m., Mountain Standard Time**, by calling Chambers at the appropriate time at **303-844-6408**.

DATED:  November 13, 2012