IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02457-RPM-BNB

BOBBY ELMORE,

    Plaintiff,

v.

NORTH AMERICAN RECOVERY,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice Between Plaintiff and Defendants [18] filed November 26, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED: November 27th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge